**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANTHONY GUNUS,

                    Petitioner,           19 **CIVIL** 10647 (JPO)

       -against-                        **JUDGMENT**

THOMAS DECKER, et al.,

                    Respondents.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated May 6, 2020, Judgment is entered in favor of Petitioner Anthony Genus and against Respondents Thomas Decker, Chad Wolf, and William Barr; accordingly, this case is closed.

**DATED:**  New York, New York
             May 6, 2020

                                                         **RUBY J. KRAJICK**
                                                     _____
                                                           **Clerk of Court**
                           **BY:**
                                                        _____
                                                           **Deputy Clerk**